IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

JOE ROBINSON, )
)
        Petitioner, )
)
vs. ) CIVIL NO. 09-226-GPM
)
LISA J.W. HOLLINGSWORTH, )
)
        Respondent. )

# JUDGMENT IN A CIVIL CASE

This action came before the Court, District Judge G. Patrick Murphy, and the following decision was reached:

**IT IS ORDERED** that Petitioner Joe Robinson shall recover nothing, and the action be **DISMISSED on the merits**.

**DATED**: 06/26/09

JUSTINE FLANAGAN, ACTING CLERK

By: s/ Linda M. McGovern
      Deputy Clerk

APPROVED: s/ *G. Patrick Murphy*
      G. Patrick Murphy
      United States District Judge